IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                          CRIMINAL NO. 4:04cr12LSu-001

LANORRIS TREMAINE WILLIAMS

**ORDER, PURSUANT TO RULE 35 OF THE F.R.Cr.P., FOR
REDUCTION OF SENTENCE AS TO THE ABOVE DEFENDANT**